[No. 2420–3. Division Three. June 22, 1978.]

THE CITY OF YAKIMA, *Respondent,* v. BARBARA
JIMENEZ, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 20230, Walter A. Stauffacher, J.,

entered February 15, 1977. *Affirmed* by unpublished opinion per Roe, J., concurred in by Green and McInturff, JJ.